Opinion by Cole, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 52534.**—Technical Fisheries Co. *v.* United States, protest 119154–K (San Francisco).

Opinion by Cole, J.   The testimony established that there were included among the different kinds of imported fish, 328 pieces of totoaba, amounting to 19,112 pounds.   The totoaba in question was therefore held dutiable as claimed.

**No. 52535.**—Wm. H. Grundy Co., Inc., et al. *v.* United States, protests 136294–K, etc. (Philadelphia, St. Louis, and San Francisco).

Opinion by Cole, J.   The protests were dismissed.

**No. 52536.**—K. Iguchi et al. *v.* United States, protests 909040–G, etc. (Bridgeport, Denver, and Los Angeles).

Opinion by Cole, J.   The protests were dismissed.

Before the Second Division, September 10, 1948

**No. 52537.**—C. H. Powell Co. et al. *v.* United States, protests 82633–K, etc. (Boston and Cleveland).

Opinion by Lawrence, J.   The protests were dismissed.

September 3, 1948

**No. 52538.**—Philip Blum & Company, Inc. *v.* United States, protest 126467–K.— Plaintiff's application for rehearing granted.

**No. 52539.**—Frances B. Wilcon *v.* United States, protest 120729–K. —C. D. 1123.   Plaintiff's application for rehearing granted.

Before the First Division, September 16, 1948

**No. 52540.**—O. Brager-Larsen et al. *v.* United States, protests 68400–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52541.**—Meiselman & Weinstein *v.* United States, protest 124836–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52542.**—Lamson & Hubbard, Inc., et al. *v.* United States, protests 131146–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52543.**—G. de Blanc Co. et al. *v.* United States, protests 136084–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52544.**—Sam Forwand Co. et al. *v.* United States, protests 140445–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52545.**—Sam Forwand Co. et al. *v.* United States, protests 140555–K, etc. (New York).